| | |
|---|---|
| Mark E. Merin (State Bar No. 043849)<br>Paul H. Masuhara (State Bar No. 289805)<br>LAW OFFICE OF MARK E. MERIN<br>1010 F Street, Suite 300<br>Sacramento, California 95814<br>Telephone:  (916) 443-6911<br>Facsimile:  (916) 447-8336<br>E-Mail:  mark@markmerin.com<br>  paul@markmerin.com<br><br>Attorneys for Plaintiffs<br>WILLIAM COBURN, KRISTINA MARIE MAYORGA, KHALIL FERGUSON, and ALEX LYONS | **PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Carl L. Fessenden, SBN 161494<br>William E. Camy, SBN 291397<br>350 University Ave., Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481<br>FAX: 916.927.3706<br><br>Attorneys for Defendant<br>COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT |

Susana Alcala Wood, City Attorney (SBN 156366)
Brett M. Witter, Supervising Deputy City Attorney (SBN 168340)
BWitter@cityofsacramento.org
Chance L. Trimm, Senior Deputy Attorney (SBN 139982)
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO
and SACRAMENTO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM COBURN, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>          Defendants. | Case No. 2:19-cv-00888-TLN-AC<br><br>**NOTICE OF TENTATIVE CLASS ACTION SETTLEMENT** |

1

**NOTICE OF TENTATIVE CLASS ACTION SETTLEMENT**
*Coburn v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:19-cv-00888-TLN-AC

Pursuant to E.D. Cal. L.R. 160(a), the parties—Plaintiffs William Coburn, Kristina Marie Mayorga, Khalil Ferguson, and Alex Lyons, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"); Defendants City of Sacramento and Sacramento Police Department (collectively, "City Defendants"); and Defendants County of Sacramento and Sacramento County Sheriff's Department ("County Defendants")—provide notice to the Court that a tentative class action settlement between the parties has been reached which, if approved by the Court, would dispose of this entire action, including all claims alleged against all parties.

Because this case involves a class action settlement prior to certification by the Court, the Court must approve the terms of the class action settlement agreement. *See* Fed. R. Civ. P. 23(e)(1)(A); *see also Vasquez v. Coast Valley Roofing, Inc.*, 670 F. Supp. 2d 1114, 1120-21 (E.D. Cal. 2009). Accordingly, the parties intend: (1) to prepare and execute documents reflecting the terms of the class action settlement agreement; (2) to move for preliminary approval of the class action settlement and notice to the settlement class; and (3) to move for final approval of the class action settlement and payment to the settlement class.

The parties intend to complete the preparation and execution of documents reflecting the terms of the class action settlement agreement within 30 days of this notice, and to move for preliminary approval of the class action settlement and notice to the settlement class within 60 days of this notice. The parties respectfully request the Court to vacate all currently-pending scheduling dates and to anticipate the filing of the motion for preliminary approval of the class action settlement.

Dated: February 26, 2020

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

    */s/ Mark E. Merin*

By: _____
   Mark E. Merin
   Paul H. Masuhara

   Attorney for Plaintiffs
   WILLIAM COBURN, KRISTINA MARIE
   MAYORGA, KHALIL FERGUSON,
   and ALEX LYONS

2

**NOTICE OF TENTATIVE CLASS ACTION SETTLEMENT**
*Coburn v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:19-cv-00888-TLN-AC

Dated: February 26, 2020

Respectfully Submitted,
CITY OF SACRAMENTO

*/s/ Chance L. Trimm*
(as authorized on February 26, 2020)
By: _____
Susana Alcala Wood
Brett M. Witter
Chance L. Trimm

   Attorney for Defendants
   CITY OF SACRAMENTO
   and SACRAMENTO POLICE DEPARTMENT

Dated: March 9, 2020

Respectfully Submitted,
PORTER SCOTT

*/s/ Carl L. Fessenden*
(as authorized on March 9, 2020)
By: _____
Carl L. Fessenden
William E. Camy

   Attorney for Defendants
   COUNTY OF SACRAMENTO
   and SACRAMENTO COUNTY SHERIFF'S
   DEPARTMENT

3

**NOTICE OF TENTATIVE CLASS ACTION SETTLEMENT**
*Coburn v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:19-cv-00888-TLN-AC